AO 240 (1/94)

# United States District Court

_Western_ DISTRICT OF _Massachusetts_

_Lourdes Rivera_
Plaintiff

v.

_Tannacli Crow Company_
Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 04-30093-MAP

I, _Lourdes Rivera_ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant     ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?:     ☐ Yes     ☒ No     (If "No" go to Part 2)

    If "Yes" state the place of your incarceration _____

    Are you employed at the institution?_____   Do you receive any payment from the institution? _____

    Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?     ☒ Yes     ☐ No

    a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer. _It depend of the amount of hours worked. Between $300.00 to $320.00 per week_

    b. if the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have your received any money from any of the following sources?

    a. Business, profession or other self-employment     ☒ Yes     ☐ No
    b. Rent payments, interest or dividends              ☐ Yes     ☐ No
    c. Pensions, annuities or life insurance payments    ☐ Yes     ☐ No
    d. Disability or workers compensation payments       ☐ Yes     ☐ No
    e. Gifts or inheritances                             ☐ Yes     ☐ No
    f. Any other sources                                 ☐ Yes     ☐ No

    If the answer to any of the above is "Yes" describe each source of money and state the amount received and what you expect you will continue to receive. _Fired from Position on September 5, 2003. Take Home pay was approximately $310/wk._

AO 240 (1/94)

4. Do you have **any** cash or checking or savings accounts?  ☒ Yes    ☐ No

   If "Yes" state the total amount. _Checking $23.24_   _Saving 25.18_

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?    ☐ Yes    ☒ No

   If "Yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   Alex D. Rivera 100%
   Kathiria E Ortiz 100%
   Kevin J. Ortiz 100%
   Emanuel I Ortiz 100%
   Calixto Ortiz 50%

I declare under penalty of perjury that the above information is true and correct.

_4/31/04_   _Lourdes M. Reina_
DATE       SIGNATURE OF APPLICANT

# CERTIFICATE

(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ _____ on account to his/her credit at (name of institution) _____ . I further certify that the applicant has the following securities to his/her credit: _____

_____ . I further certify that during the past six months the applicant's average balance was $ _____ .

DATE                SIGNATURE OF AUTHORIZED OFFICER