# United States District Court
## District of Massachusetts

LOURDES RIVERA,  )
         Plaintiff  )   ORDER ON APPLICATION
           )   TO PROCEED WITHOUT
v.  )   PREPAYMENT OF FEES
           )
TRAMMELL CROW COMPANY,  )
         Defendant  )   Civil Action No. 04-30093-MAP

Having considered the application to proceed without prepayment of fees under 28 U.S.C. § 1915;

IT IS SO ORDERED that the application is:

☒    GRANTED.

    ☒    The clerk is directed to file the complaint.

    ☒    IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐    DENIED, for the following reasons:

_____

ENTERED on ___May 13, 2004___.

                              /s/ Kenneth P. Neiman
                              KENNETH P. NEIMAN
                              U.S. Magistrate Judge