UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO. CV-04-30093 (MAP)

| | |
|---|---|
| LOURDES RIVERA<br><br>　　　　　Plaintiff,<br><br>v.<br><br>TRAMMELL CROW COMPANY<br><br>　　　　　Defendant. | **APPEARANCE OF<br>ZACHARY R. OSBORNE** |

TO THE CLERK OF THE COURT: Please enter my appearance as counsel of record for Defendant Trammell Crow Company in the above-captioned matter.

Dated: June 29, 2004

Respectfully submitted,

THE DEFENDANT:

TRAMMELL CROW COMPANY
By Its Attorneys,

_____
Zachary R. Osborne  BBO# 644296
zacharyosborne@paulhastings.com
Paul, Hastings, Janofsky & Walker, L.L.P.
1055 Washington Blvd.
Stamford, CT  06901
Ph. (203) 961-7400
Fax (203) 359-3031

STM /277123.1

## CERTIFICATE OF SERVICE

This is to certify that on this 29th day of June, 2004, a copy of the foregoing Appearance of Zachary R. Osborne was forwarded by first class mail, postage prepaid to the following counsel of record:

Suzanne Garrow
Heisler, Feldman & McCormick, P.C.
1145 Main Street, Suite 508
Springfield, MA 01103

Zachary R. Osborne