# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

## **ORDER OF REFERENCE**

Check if previously referred

LOURDES RIVERA

04-30093-MAP

V.

CA/CR No. _____

TRAMMELL CROW COMPANY

Criminal Category _____

In accordance with 28 U.S.C. §636 and the Rules for United States Magistrates in the United States District Court for the District of Massachusetts, the above-entitled case is referred to Magistrate Judge **Neiman** for the following proceedings:

(A) ☐  Referred for full pretrial case management, including all dispositive motions.

(B) ☒  Referred for full pretrial case management, <u>not</u> including dispositive motions:

(C) ☐  Referred for discovery purposes only.

(D) ☐  Referred for Report and Recommendation on:

    ( ) Motion(s) for injunctive relief
    ( ) Motion(s) for judgment on the pleadings
    ( ) Motion(s) for summary judgment
    ( ) Motion(s) to permit maintenance of a class action
    ( ) Motion(s) to suppress evidence
    ( ) Motion(s) to dismiss
    ( ) Post Conviction Proceedings[1]
    See Documents Numbered: _____

(E) Case referred for events only. See Doc. No(s). _____

(F) Case referred for settlement.

(G) Service as a special master for hearing, determination and report, subject to the terms of the special order filed herewith:
    ( ) In accordance with Rule 53, F.R.Civ.P.
    ( ) In accordance with 42 U.S.C. 2000e-5(f)(5)

(H) Special Instructions: _____ Rule 16 Scheduling Conference _____

June 30, 2004
Date

By: _____
Deputy Clerk

(OrRef for pdf.wpd - 05/2003)

---

[1]  See reverse side of order for instructions