UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LOURDES RIVERA, | : |
| Plaintiff, | : |
|  | : DOCKET NO. 04-cv-30093-MAP |
| v. | : |
| TRAMMELL CROW COMPANY, | : |
| Defendant. | : |

**JOINT PROPOSED PRETRIAL STATEMENT**

Pursuant to Local Rule 16.1(D), Lourdes Rivera ("plaintiff"), and Trammell Crow Company, ("defendant"), submit the following Joint Proposed Pretrial Statement. Counsel for the parties conferred pursuant to Fed. R. Civ. P. 26(f) and Local Rule 16.1(B).

    A.    Pursuant to Local Rule 16.1(D)(1), the joint discovery plan is as follows:

1.    The parties' initial disclosures pursuant to Fed.R.Civ.P. 26(a) shall be served on or before September 15, 2004.

2.    All initial written discovery, with the exception of Requests for Admissions, shall be served on or before November 15, 2004, and all responses thereto shall be due according to the Federal Rules of Civil Procedure deadlines for discovery responses.

3.    All non-expert depositions will be completed by January 31, 2005.

4.    All written Requests for Admissions shall be served by February 28, 2005, with responses due by March 28, 2005.

5.  Plaintiff will serve disclosures and reports of all expert witnesses required under Fed. R. Civ. P. 26(a)(2) by April 15, 2005, and depositions of plaintiff's experts will be completed by May 15, 2005.

6.  Defendant will serve disclosures and reports of all expert witnesses required under Fed. R. Civ. P. 26(a)(2) by June 16, 2005, and depositions of defendant's experts will be completed by July 17, 2005.

    B.  Pursuant to Local Rule 16.1(D)(2):

1.  All motions for summary judgment will be filed by August 15, 2005.

2.  Oppositions to any Motion for Summary Judgment will be filed by September 15, 2005. Any Replies to the Oppositions will be filed by September 25, 2005.

3.  Should Motions for Summary Judgment not be filed by the above date, or should any such motions be denied by the court in whole or in part, the Court will convene another conference to explore settlement and to establish dates for a final pretrial conference and trial.

    C.  Pursuant to Local Rule 16.1(D)(3), certifications signed by counsel and an authorized representative of each party will be filed with the Court.

Respectfully submitted,

| DEFENDANT | PLAINTIFF LOURDES RIVERA |
| TRAMMELL CROW COMPANY | By her attorney, |
| By its attorneys, | |

__/s/ Zachary R Osborne_____        __/s/ Suzanne Garrow_____
Zachary R. Osborne                                        Suzanne Garrow
BBO# 644296                                                  BBO# 636548
zacharyosborne@paulhastings.com         sgarrow@comcast.net
Paul, Hastings, Janofsky & Walker, LLP   Heisler, Feldman & McCormick, P.C.
1055 Washington Boulevard                    1145 Main Street, Suite 508
Stamford, CT  06901                              Springfield, MA  01103
Ph. (203) 921-2317                                  Ph. (413) 788-7988
Fax (203) 359-3031                                 Fax (413) 788-7996