UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LOURDES M. RIVERA,

       Plaintiff,

vs.                                  CIVIL ACTION NO. 3:04-CV-30093

TRAMMELL CROW COMPANY,

       Defendant.

NOW COMES Skoler, Abbott & Presser, P.C., by Timothy F. Murphy, Esq., and herewith notices its appearance as counsel for Defendant, Trammell Crow Company, in the above action.

Respectfully submitted,

  /s/ Timothy F. Murphy
Timothy F. Murphy, Esq.
BBO No. 556429
Counsel for Defendant
Skoler, Abbott & Presser, P.C.
One Monarch Place, Suite 2000
Springfield, Massachusetts 01144
Dated: August 20, 2004                  Tel. (413) 737-4753/Fax: (413) 787-1941

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing *Appearance* was served upon the attorney of record for each other party via electronic filing and by first-class, U.S. mail, postage prepaid, on August 20, 2004.

  /s/ Timothy F. Murphy
Timothy F. Murphy, Esq.

F:\OFFICE DOCUMENTS\Data\Longview Recreational Vehicles\Russell, Ember\Litigation 04-30031-KPN\Appearance-TFM.wpd