UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO. 04-cv-30093

LOURDES RIVERA,

        Plaintiff,

v.

TRAMMELL CROW COMPANY,

        Defendant.

PLAINTIFF'S CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

The undersigned hereby certify pursuant to Local Rule 16.1 (D)(3) that has conferred with counsel on the following topics:

    a)    establishing a budget for the costs of conducting the full course - and various alternative courses - of this litigation; and

    b)    options for resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

DATE: 7/30/04

                                              /s/ Lourdes M. Rivera
                                              LOURDES RIVERA

LOURDES RIVERA
By her attorney,

I hereby certify that a
true copy of the above
document was served
upon counsel for defendant
by mail on this date.

_____
Suzanne Garrow BBO # 636548
Heisler, Feldman & McCormick, P.C.
1145 Main Street, Suite 508
Springfield MA  01103
(413)788-7988
(413)788-7996 (fax)

Dated: 8/23/04