UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LOURDES RIVERA,                )
        Plaintiff     )
                               )
v.                             )   Civil Action No. 04-30093-MAP
                               )
                               )
TRAMMEL CROW COMPANY,          )
        Defendant     )

SCHEDULING ORDER
August 24, 2004

NEIMAN, U.S.M.J.

The following schedule was established at the initial scheduling conference held this day:

1. The parties shall complete their automatic disclosures by September 15, 2004.

2. All written discovery, except requests for admissions, shall be served by November 15, 2004.

3. Non-expert depositions shall be completed by January 31, 2005.

4. Counsel shall appear for a case management conference on February 3, 2005, at 11:00 a.m. in Courtroom Three.

IT IS SO ORDERED.

                                     /s/ Kenneth P. Neiman
                                     KENNETH P. NEIMAN
                                     U.S. Magistrate Judge

Case 3:04-cv-30093-MAP    Document 12    Filed 08/24/2004    Page 2 of 2