UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LOURDES M. RIVERA,

    Plaintiff,

vs.                                  CIVIL ACTION NO. 3:04-CV-30093

TRAMMELL CROW COMPANY,

    Defendant.

### MOTION FOR ADMISSION OF DEBORAH E. HRYB PRO HAC VICE

Pursuant to D. Mass. L. Civ. R. 83.3(b), Timothy Murphy, counsel for Trammell Crow Company in the above-captioned matter, submits this Motion in support of the admission of Deborah E. Hryb *pro hac vice*. Attorney Hryb's Affidavit in Support of her Admission Pro Hac Vice is attached to this Motion as Exhibit 1.

WHEREFORE, Trammell Crow Company respectfully requests that this Court admit Attorney Renick *pro hac vice* in this matter.

Respectfully submitted,

Timothy F. Murphy, Esq.
BBO No. 556429
Counsel for Defendant
Skoler, Abbott & Presser, P.C.
One Monarch Place, Suite 2000
Springfield, Massachusetts 01144
Tel. (413) 737-4753/Fax: (413) 787-1941

Dated: August 25, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing *Motion for Admission of Deborah E. Hryb Pro Hac Vice* was served upon the attorney of record for each other party via first-class, U.S. mail, postage prepaid, on August 25, 2004.

Timothy F. Murphy, Esq.

F:\OFFICE DOCUMENTS\Data\Longview Recreational Vehicles\Russell, Ember\Litigation 04-30031-KPN\Appearance-TFM.wpd

Case 3:04-cv-30093-MAP    Document 13    Filed 08/25/2004    Page 3 of 5

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LOURDES M. RIVERA,

        Plaintiff,

vs.                                CIVIL ACTION NO. 3:04-CV-30093

TRAMMELL CROW COMPANY,

        Defendant.

## AFFIDAVIT OF DEBORAH E. HRYB
## IN SUPPORT OF ADMISSION PRO HAC VICE

I, Deborah E. Hryb, having been duly sworn, do attest as follows:

1. I am over 18 years of age and understand the obligations of an oath.

2. I am an associate in the firm of Paul, Hastings, Janofsky & Walker, L.L.P., with offices at 1055 Washington Boulevard, Stamford, CT 06901. My telephone number is (203) 921-2309 and my facsimile number is (203) 359-3031. My email address is Deborahhryb@paulhastings.com.

3. I am a member of good standing of the bar in the following courts: Connecticut, the District of Columbia, and the United States District Courts of Connecticut, the Southern District of New York and the Eastern District of New York.

4. I have not been denied admission or disciplined by this Court or any other court.

5. I have fully reviewed and am familiar with the Rules of the United States District Court for the District of Massachusetts.

Dated at Stamford, Connecticut, this 24th day of August 2004.

_____
Deborah E. Hryb, Esq.

Subscribed and sworn before me
This 24th day of August 2004.

_____
Notary Public
My Commission Expires: _____

PATRICIA A. CEGLIO
NOTARY PUBLIC
My Commission Expires March 31, 20___