UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO. CV-04-30093 (MAP)

| | |
|---|---|
| LOURDES RIVERA<br><br>　　　　Plaintiff,<br><br>v.<br><br>TRAMMELL CROW COMPANY<br><br>　　　　Defendant. | **NOTICE OF WITHDRAWAL OF APPEARANCE** |

TO THE CLERK OF THE COURT: Please withdraw my appearance on behalf of Defendant Trammell Crow Company in this action, as I am leaving this Firm to pursue other opportunities. Defendant continues to be represented by Deborah E. Hryb of this Firm.

Dated: August 26, 2004

Respectfully submitted,

_____
Zachary R. Osborne  BBO# 644296
zacharyosborne@paulhastings.com
Paul, Hastings, Janofsky & Walker, L.L.P.
1055 Washington Blvd.
Stamford, CT  06901
Ph. (203) 961-7400
Fax (203) 359-3031

STM/280953.1

## CERTIFICATE OF SERVICE

This is to certify that on this 26th day of August, 2004, a copy of the foregoing Notice of Withdrawal of Appearance was forwarded by first class mail, postage prepaid to the following counsel of record:

> Suzanne Garrow
> Heisler, Feldman & McCormick, P.C.
> 1145 Main Street, Suite 508
> Springfield, MA 01103

*/s/ Zachary R. Osborne*