UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LOURDES M. RIVERA  :  CIVIL ACTION NO. 3:04-CV-30093-MAP
:
Plaintiff. :
:
v. :
:
TRAMMELL CROW COMPANY. :
:
Defendant. :

DEFENDANT'S MOTION FOR *PRO HAC VICE* ADMISSION
OF MARY C. DOLLARHIDE, ESQUIRE

Timothy F. Murphy, Esq., a member of the Bar of the Commonwealth of Massachusetts and of the United States District Court for the District of Massachusetts and counsel for defendant, hereby moves for the admission *pro hac vice* of Mary C. Dollarhide, Esquire, and states as follows:

1.   I am an associate duly licensed to practice in the Commonwealth of Massachusetts and in the United States District Court for the District of Massachusetts.

2.   I am an associate with the firm of Skoler, Abbott & Presser, P.C., counsel for defendant in this matter, and am familiar with the facts and circumstances of all pleadings and proceedings in this action.

3.   Mary C. Dollarhide, Esquire, is a partner of the firm of Paul, Hastings, Janofsky & Walker LLP, in San Diego, California. Ms. Dollarhide is a member in good standing of the Bars of the States of California, Connecticut and the District of Columbia. She is also admitted to practice before the following federal courts: United States District Court for the Central District of California, the District of Connecticut, the United States District Court for the Northern District of Illinois, the Southern District of New York and the United States Courts of Appeals for the Sixth

STM/281021.1

and Ninth Circuits. She has never been disciplined, suspended or disbarred from practice before any Court. Attached is Ms. Dollarhide's Affidavit.

4. Paul, Hastings, Janofsky & Walker LLP has handled, and is currently handling, legal matters for defendant. Based on the firm's longstanding relationship with defendant in litigation of this type, they have specifically requested that Mary C. Dollarhide, Esquire, undertake their representation in this matter.

5. Defendant respectfully requests and wish that Ms. Dollarhide personally participate in the this litigation on their behalf, including taking depositions and serving as trial counsel.

6. I respectfully move for admission of Mary C. Dollarhide, Esquire, to practice before this Court *pro hac vice* as trial counsel on behalf of defendant in this action and to participate in all matters, including depositions and trial. I recommend such admission without reservation.

WHEREFORE, defendant respectfully requests that this Court issue an Order admitting Mary C. Dollarhide, Esquire, to practice before this Court *pro hac vice* as trial counsel on their behalf in this action.

Respectfully submitted,

SKOLER, ABBOTT & PRESSER, P.C.

DATED: 9/2/04

BY: _____
Timothy F. Murphy
BBO No. 556429
One Monarch Place
Suite 2000
Springfield, MA 01144
(413) 737-4753

Attorney for Defendant

STM/281021.1

## CERTIFICATE OF SERVICE

Timothy F. Murphy, attorney for defendant, certifies that on this __ day of September, 2004, he caused a true and correct copy of Defendant's Motion for *Pro Hac Vice* Admission of Mary C. Dollarhide, Esquire, to be served on the following via First Class, U.S. mail:

Suzanne Garrow. Esq.
Heisler, Feldman & McCormick, P.C.
1145 Main Street, Suite 508
Springfield, MA 01103

_____
Timothy F. Murphy

STM/281021.1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LOURDES M. RIVERA | : | CIVIL ACTION NO. 3:04-CV-30093 |
| Plaintiff, | : | |
| v. | : | |
| TRAMMELL CROW COMPANY | : | |
| Defendant. | : | |

### AFFIDAVIT OF MARY C. DOLLARHIDE IN SUPPORT OF MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*

I declare that the following facts are true, to the best of my knowledge, information and belief:

1. My full name is:

   Mary C. Dollarhide.

2. I practice under the following firm name or letterhead:

   Name: Paul, Hastings, Janofsky & Walker LLP

   Address: 3579 Valley Centre Drive, San Diego, CA 92130

   Telephone number: (858) 720-2660

   Fax number: (858) 847-3660

   E-mail address: marydollarhide@paulhastings.com

3. I have been admitted to practice in the following courts:

   I am a member in good standing of the bars of the States of California (admitted 1988, Bar No. 138441), Connecticut (admitted 1996, Bar No. 412135) and the District of Columbia (admitted 1991, Bar No. 427360). I am also a member in good standing of the bars of the United

STM/281021.1

States District Court for the Central District of California, having been admitted to that bar in 1988; the United States District Court for the Southern District of California, having been admitted to that bar in 2003; the United States District Court for the District of Connecticut, having been admitted to that bar in 1993; the United States District Court for the Northern District of Illinois, having been admitted to that bar in 1995; the United States Court of Appeals for the Ninth Circuit, having been admitted to that bar in 1988 and the Southern District of New York, having been admitted to that bar in 1997, and the United States Court of Appeals for the Sixth Circuit, having been admitted to that bar in 2003.

4. I have retained local counsel to assist in the representation in this case, and I agree that local counsel will sign all pleadings, or other papers, and participate meaningfully in the preparation and trial of the case or proceedings to the extent required by the Court.

5. I consent to the exercise of disciplinary jurisdiction over any alleged misconduct that occurs during the progress of this case.

6. I am in good standing in all bars of which I am a member.

7. No disciplinary or grievance proceedings are pending against me in any jurisdiction., nor have I ever been disciplined by any jurisdiction.

8. I have not been charged in any court of the United States or of any state, territory or possession of the United States with a commission of a felony or unprofessional conduct.

///

///

///

///

STM/281021.1

9.  I have fully reviewed and am familiar with the Rules of the United States District Court for the District of Massachusetts.

_____
Mary C. Dollarhide

Subscribed and sworn to before me this ___1st___ day of September, 2004.

_____
Notary Public
Date of Commission: 9/30/2007

JILL C. YOUKEL
Commission # 1442756
Notary Public - California
San Diego County
My Comm. Expires Sep 30, 2007

STM/281021.1