UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED

U.S. DISTRICT COURT

| | |
|---|---|
| LOURDES M. RIVERA,<br><br>Plaintiff,<br><br>vs.<br><br>TRAMMELL CROW COMPANY,<br><br>Defendants. | CIVIL ACTION NO. 3:04-CV-30093 |

### DEFENDANTS' LOCAL RULE 16.1(D)(3) STATEMENT

Pursuant to Local Rule 16.1(D)(3), the Defendant, Trammell Crow Company (hereinafter "Defendant"), and their counsel, Skoler, Abbott & Presser, P.C., hereby certify that they have conferred with a view to establishing a budget for the costs of conducting the full course of the captioned litigation through trial and have discussed alternative dispute resolution ("ADR") programs and the costs of resolving the captioned litigation through an ADR program.

Respectfully submitted,

_____
Timothy F. Murphy, Esq.
BBO No. 556429
Counsel for Defendants
Skoler, Abbott & Presser, P.C.
One Monarch Place, Suite 2000
Springfield, Massachusetts 01144
Tel. (413) 737-4753/Fax (413) 787-1941

Dated: September 27, 2004

Trammell Crow Company

_____
Beverly J. Bradshaw

Dated: September 24, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the above document was served upon Plaintiff's counsel, Suzanne Garrow, Heisler, Feldman & McCormick, P.C., 1145 Main St., Suite 508, Springfield, MA 01103, by first-class, U.S. mail, postage prepaid, on September __, 2004.

_____
Timothy F. Murphy, Esq.