UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LOURDES RIVERA, | : |
| Plaintiff, | : |
| | : DOCKET NO. 04-cv-30093-MAP |
| v. | : |
| TRAMMELL CROW COMPANY, | : |
| Defendant. | : |

**JOINT MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE**

The parties respectfully move this Court to continue the case management conference set for Thursday February 3, 2005 at 11 a.m. As reasons therefore the parties state that:

1. The parties have recently reached an agreement to resolve this matter.

2. At present, the parties have a signed Agreement and are working towards finalizing the resolution at which time they will file a Joint Stipulation of Dismissal with Prejudice.

Respectfully submitted,

| DEFENDANT | PLAINTIFF LOURDES RIVERA |
|---|---|
| TRAMMELL CROW COMPANY | By her attorney, |
| By its attorney, | |
| | |
| __/s/ Timothy Murphy_____ | _/s/ Suzanne Garrow_____ |
| Timothy Murphy BBO#556429 | Suzanne Garrow BBO#636548 |
| Skoler, Abbott & Presser | Heisler, Feldman & McCormick, P.C. |
| One Monarch Place | 1145 Main Street, Suite 508 |
| Springfield, MA  01144 | Springfield, MA  01103 |

Deborah Hryb
*Pro hac vice*
Paul Hastings Janofsky & Walker
1055 Washington Boulevard
Stamford, CT  06901