UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LOURDES RIVERA,<br><br>        Plaintiff,<br><br>v.<br><br>TRAMMELL CROW COMPANY,<br><br>        Defendant. | DOCKET NO.  04-cv-30093-MAP |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(1)(ii), Plaintiff Lourdes Rivera and Defendant Trammell Crow Company hereby stipulate to the dismissal of the Plaintiff's complaint filed in this matter.  The parties to bear their own costs.

                                                                                     Respectfully submitted,

| | |
|---|---|
| LORDES RIVERA,<br>By her Attorney, | TRAMMELL CROW COMPANY,<br>By its Attorneys |
| /s/ Suzanne Garrow<br>Suzanne Garrow<br>BBO# 636548<br>Heisler, Feldman & McCormick, P.C.<br>1145 Main Street, Suite 508<br>Springfield, MA 01103<br>(413) 788-7988 | /s/ Timothy F. Murphy<br>Timothy Murphy<br>BBO# 556429<br>Skoler, Abbott & Presser<br>One Monarch Place<br>Springfield, MA  01144<br>(413) 737-4753<br><br>Deborah Hyrb<br>*Pro hac vice*<br>Paul, Hastings, Janofsky<br>1055 Washington Boulevard<br>Stamford, CT  06901<br>(203) 961-7400 |

Dated: February 15, 2005